IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Archie Sr, Keith A | Case Number: 05 B 61058 |
|---|---|---|
|  | Archie, Sheryl A | Judge: Doyle, Carol A |
|  | Printed: 1/30/07 | Filed: 7/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  December 21, 2006
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,315.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,203.88 |
| Trustee Fee: |  | 111.12 |
| Other Funds: |  | 0.00 |
| Totals: | 2,315.00 | 2,315.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cohen & Krol | Administrative | 3,113.95 | 2,203.88 |
| 2. | Internal Revenue Service | Priority | 143,763.19 | 0.00 |
| 3. | American Express Travel Relate | Unsecured | 0.00 | 0.00 |
| 4. | Federated Retail Holdings Inc | Unsecured | 0.00 | 0.00 |
| 5. | American Express Travel Relate | Unsecured | 0.00 | 0.00 |
| 6. | American Express Centurion | Unsecured | 0.00 | 0.00 |
| 7. | Nordstrom | Unsecured | 0.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 4,074.94 | 0.00 |
| 9. | Citibank (South Dakota), N.A. | Unsecured | 858.28 | 0.00 |
| 10. | American Express Travel Relate | Unsecured | 0.00 | 0.00 |
| 11. | Citibank (South Dakota), N.A. | Unsecured | 2,248.01 | 0.00 |
| 12. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 13. | Citicorp Diners Club | Unsecured |  | No Claim Filed |
| 14. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 15. | Citi Cards | Unsecured |  | No Claim Filed |
| 16. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 17. | CARDMEMBER SERVICES | Unsecured |  | No Claim Filed |
| 18. | Marshall Field & Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 154,058.37 | $ 2,203.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 111.12 |
|  | _____ |
|  | $ 111.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Archie Sr, Keith A
    Archie, Sheryl A
    Printed: 1/30/07

Case Number: 05 B 61058
Judge: Doyle, Carol A
Filed: 7/18/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    _Denise Ashley_