**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ARCHIE, KEITH A SR. | § | Case No. 05-61058 |
| ARCHIE, SHERYL A | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/16/2005 . The case was converted to one under Chapter 7 on 12/21/2006 . The undersigned trustee was appointed on 12/21/2006 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 56,151.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 15,534.20 |
| Bank service fees | | 452.78 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 40,164.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/02/2007 and the deadline for filing governmental claims was 10/02/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,057.55 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,057.55 , for a total compensation of $ 6,057.55 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/11/2012 By: /s/GINA B. KROL
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 05-61058 SQU Judge: JOHN H. SQUIRES
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
For Period Ending: 07/10/12

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 12/21/06 (c)
341(a) Meeting Date: 01/31/06
Claims Bar Date: 10/02/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCONTS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CLOTHES | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. FUR COAT | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Life Insurance | 3,217.62 | 0.03 | DA | 0.00 | FA |
| 7. Life Insurance | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 8. 401(K) | 435,695.00 | 0.00 | DA | 0.00 | FA |
| 9. Stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Sole Proprietorship | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. CAuse of action for unpaid commissions | 80,000.00 | Unknown | | 11,000.00 | FA |
| 12. Cause of Action for Race Discrimination | 20,000.00 | Unknown | | 11,000.00 | FA |
| 13. Cause of Action for Unpaid COBRA Benefits | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 14. TOOLS OF TRADE | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Car | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 16. INTEREST IN R/E (u) Trustee has discovered that Keith Archie has an interest in his deceased ex-wife's real estate. Trustee is pursuing that claim on probate court. | 0.00 | Unknown | | 34,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 151.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $569,462.62 | $100.03 | | $56,151.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

District Court dismissed appeal. Trustee has settled remaining cause of action. Truste can now close case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 05-61058 SQU Judge: JOHN H. SQUIRES
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 12/21/06 (c)
341(a) Meeting Date: 01/31/06
Claims Bar Date: 10/02/07

Initial Projected Date of Final Report (TFR): 12/31/08 Current Projected Date of Final Report (TFR): 06/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 05-61058 -SQU
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
Taxpayer ID No: *******5794
For Period Ending: 07/10/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4354 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/23/07 | 11, 12 | United Displaycraft | Litigation Settlement | 1149-000 | 22,000.00 | | 22,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.07 | | 22,004.07 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.08 | | 22,022.15 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.71 | | 22,040.86 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.72 | | 22,059.58 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.05 | | 22,073.63 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.07 | | 22,087.70 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.80 | | 22,099.50 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 10.57 | | 22,110.07 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 8.76 | | 22,118.83 |
| 02/11/08 | 000301 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 20.80 | 22,098.03 |
| 02/21/08 | 000302 | PECK, BLOOM, AUSTRIACO, & MITCHELL, LLC<br>105 W. Adams Street<br>Thirty-First Floor<br>Chicago, IL 60603 | Special Counsel Fees per Ct. Order | 3210-600 | | 15,432.25 | 6,665.78 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.62 | | 6,670.40 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.58 | | 6,671.98 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.37 | | 6,673.35 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,674.19 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,675.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 6,675.87 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,676.71 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,677.54 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 6,678.19 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.54 | | 6,678.73 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 6,679.07 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,679.12 |
| | | | Page Subtotals | | 22,132.17 | 15,453.05 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 05-61058 -SQU
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
Taxpayer ID No: *******5794
For Period Ending: 07/10/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4354 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/09 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 5.20 | 6,673.92 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,673.97 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,674.03 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,674.18 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,674.35 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,674.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,674.69 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,674.86 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,675.02 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,675.18 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,675.35 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,675.52 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,675.69 |
| 02/09/10 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 4.95 | 6,670.74 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/23/10 | 16 | First American Title Insurance Company | Settlement | 1210-000 | 20,000.00 | | 26,670.74 |
| | | 9000 E. Pima Center Parkway | | | | | |
| | | Scottsdale, AZ 85258 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 26,670.94 |
| 03/08/10 | 16 | Peck, Bloom Client Trust Account | | 1210-000 | 14,000.00 | | 40,670.94 |
| | | 105 W. Adams St. | | | | | |
| | | 31st Floor | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 40,671.86 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,672.86 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,673.90 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,674.90 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 34,005.93 | 10.15 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 05-61058 -SQU
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
Taxpayer ID No: *******5794
For Period Ending: 07/10/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4354 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,675.93 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,676.97 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,677.97 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,679.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 40,680.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,681.05 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,682.09 |
| 02/07/11 | 000305 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 34.51 | 40,647.58 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 40,647.89 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 40,648.24 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,648.57 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 40,648.92 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,649.25 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,649.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 40,649.94 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,650.27 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.35 | | 40,650.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.79 | 40,598.83 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,599.16 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.05 | 40,549.11 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,549.45 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.99 | 40,499.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,499.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 53.11 | 40,446.69 |
| 02/06/12 | 000306 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 36.49 | 40,410.20 |

Page Subtotals 11.24 275.94

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 05-61058 -SQU
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
Taxpayer ID No: *******5794
For Period Ending: 07/10/12

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******4354 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 40,410.52 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.05 | 40,362.47 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,362.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.63 | 40,313.18 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,313.51 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.22 | 40,262.29 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,262.63 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.15 | 40,211.48 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 40,211.81 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.79 | 40,164.02 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 56,151.00 | 15,986.98 | 40,164.02 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 56,151.00 | 15,986.98 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 56,151.00 | 15,986.98 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********4354 | 56,151.00 | 15,986.98 | 40,164.02 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 56,151.00 | 15,986.98 | 40,164.02 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL
Trustee's Signature: ________________________________ Date: 07/10/12
GINA B. KROL

| Page Subtotals | 1.66 | 247.84 |
|---|---|---|

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-61058
Case Name: ARCHIE, KEITH A SR.
ARCHIE, SHERYL A
Trustee Name: GINA B. KROL

| | | |
|---|---|---|
| Balance on hand | $ | 40,164.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000033 | Vistana Development, Inc. | $ 7,015.37 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 40,164.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,057.55 | $ 0.00 | $ 6,057.55 |
| Attorney for Trustee Fees: Cohen & Krol | $ 22,735.00 | $ 0.00 | $ 22,735.00 |
| Other: International Sureties Ltd. | $ 71.00 | $ 71.00 | $ 0.00 |
| Other: Kerry R. Peck | $ 15,432.25 | $ 15,432.25 | $ 0.00 |
| Other: Cohen & Krol | $ 452.65 | $ 0.00 | $ 452.65 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 29,245.20 |
| Remaining Balance | $ | 10,918.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Cohen & Krol | $ 3,088.70 | $ 2,203.88 | $ 902.69 |
| Attorney for Expenses: Cohen & Krol | $ 25.25 | $ 0.00 | $ 7.38 |

Total to be paid for prior chapter administrative expenses $ 910.07

Remaining Balance $ 10,008.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 143,763.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030A | Department of the Treasury | $ 143,763.19 | $ 0.00 | $ 10,008.75 |

Total to be paid to priority creditors $ 10,008.75

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 257,421.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 1,263.87 | $ 0.00 | $ 0.00 |
| 000002 | Capital Recovery One | $ 5,079.51 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Recovery Management Systems Corporation | $ 98.40 | $ 0.00 | $ 0.00 |
| 000004 | Capital Recovery One | $ 4,888.69 | $ 0.00 | $ 0.00 |
| 000005 | Capital Recovery One | $ 98.40 | $ 0.00 | $ 0.00 |
| 000006 | Marshall Field | $ 1,174.66 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA, N.A. | $ 56,493.57 | $ 0.00 | $ 0.00 |
| 000008 | Chase Bank USA, N.A. | $ 33,660.50 | $ 0.00 | $ 0.00 |
| 000009 | Marshall Field | $ 1,174.66 | $ 0.00 | $ 0.00 |
| 000010 | Charming Shoppes - Catherines | $ 1,097.40 | $ 0.00 | $ 0.00 |
| 000011 | Gap/ Old Navy | $ 128.00 | $ 0.00 | $ 0.00 |
| 000012 | Walmart | $ 4,902.00 | $ 0.00 | $ 0.00 |
| 000013 | JCPenny Credit Services | $ 4,738.00 | $ 0.00 | $ 0.00 |
| 000014 | American Express Travel Related Svcs Co | $ 3,653.83 | $ 0.00 | $ 0.00 |
| 000015 | American Express Travel Related Services Co Inc | $ 11,054.25 | $ 0.00 | $ 0.00 |
| 000016 | American Express Centurion Bank | $ 2,069.49 | $ 0.00 | $ 0.00 |
| 000017 | American Express Travel Related Services Co Inc | $ 209.93 | $ 0.00 | $ 0.00 |
| 000018 | Citibank (USA) NA | $ 4,535.64 | $ 0.00 | $ 0.00 |
| 000020 | Citibank(South Dakota), N.A. | $ 12,521.17 | $ 0.00 | $ 0.00 |
| 000021 | Citibank(South Dakota), N.A. | $ 1,284.62 | $ 0.00 | $ 0.00 |
| 000022 | Nordstrom fsb | $ 440.36 | $ 0.00 | $ 0.00 |
| 000023 | American Express Centurion Bank | $ 2,156.07 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | American Express Travel Related Services Co Inc | $ 11,594.54 | $ 0.00 | $ 0.00 |
| 000025 | American Express Travel Related Svcs Co | $ 3,763.08 | $ 0.00 | $ 0.00 |
| 000026 | American Express Travel Related Services Co Inc | $ 266.87 | $ 0.00 | $ 0.00 |
| 000027 | FEDERATED RETAIL HOLDINGS, INC. | $ 1,221.38 | $ 0.00 | $ 0.00 |
| 000028 | Citibank/CHOICE | $ 8,582.77 | $ 0.00 | $ 0.00 |
| 000029 | Citibank/CHOICE | $ 22,480.07 | $ 0.00 | $ 0.00 |
| 000030B | Department of the Treasury | $ 40,749.36 | $ 0.00 | $ 0.00 |
| 000031 | GMAC | $ 11,191.50 | $ 0.00 | $ 0.00 |
| 000032 | Capital Container | $ 822.14 | $ 0.00 | $ 0.00 |
| 000034 | FIA Card Services | $ 4,026.52 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE