UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ARCHIE, KEITH A SR. | ) | Case No. 05-61058-SQU |
| ARCHIE, SHERYL A | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE JOHN H. SQUIRES

NOW COMES GINA B. KROL, Trustee herein, pursuant to 11 U.S.C. §330, and requests $6,057.55 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $56,151.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $307.55 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $6,057.55 | |

**EXHIBIT E**

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

      Attached hereto as Exhibit "A" are the Trustee's detailed time records indicating that she has expended 84.20 hours to administer this case.

Executed this 11th day of July, 2012.

/s/ Gina B. Krol
SIGNATURE

105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL  60602-0000
ADDRESS