IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | CHAPTER 7 |
| ) | |
| Keith A. Archie and ) | Judge Carol A. Doyle |
| Sheryl A. Archie, ) | |
|     Debtor(s). ) | Case No. 05-61058 |

**SECOND AND FINAL APPLICATION FOR COMPENSATION**

TO THE HONORABLE **CAROL A. DOYLE**
    BANKRUPTCY JUDGE

Now comes E. PHILIP GROBEN and COHEN & KROL and respectfully submit their Application for Final Compensation as follows:

**I. BACKGROUND**

1. That on the October 16, 2005, the above named Debtors filed their Voluntary Petition seeking relief pursuant to Chapter 7 of the Bankruptcy Code.

2. Gina B. Krol ("Trustee") was the duly assigned and qualified Chapter 7 Trustee assigned to the above captioned bankruptcy case. On March 7, 2006 the attorneys of Cohen & Krol moved this Court to authorize their employment as Trustee's attorneys; an order granting the application of Cohen & Krol was entered on March 15, 2006.

3. On June 20, 2006, Keith A. Archie and Sheryl A. Archie filed a motion to convert their case to one proceeding under Chapter 13; an order converting the case was entered July 18, 2006.

4. On August 16, 2006 Cohen & Krol filed an Application for Compensation seeking compensation for its efforts during the pendency of the Chapter 7 case; on

1

September 7, 2006 this Court entered an order granting Cohen & Krol fees in the amount of $3,088.70 and expenses in the amount of $25.25 for a total amount of $3,113.95.

5. The fees of Cohen & Krol were allowed as a first priority administrative expense within the meaning of §§503(b)(2, 330(a) and 507(a)(1) of the Bankruptcy Code.

6. On December 21, 2006, this Court entered an order converting this case from a Chapter 13 back to a proceeding under Chapter 7. Subsequent to reconversion, the Chapter 13 Trustee, Marilyn O. Marshall, distributed a total of $2,203.88 to Cohen & Krol leaving a deficiency of $910.07. See claim detail and disbursement summary provided by the Office of the Chapter 13 Trustee, Marilyn O. Marshall, attached hereto as **Exhibit A**. No other funds have been received on this claim.

7. That this Application complies with the requirements outlined in In Re Continental Securities Litigation, 962 F.2d 566, 570 (7th Cir. 1992) and related cases.

## II. SERVICES COVERED BY THIS APPLICATION

8. COHEN & KROL, attorneys for the Trustee, have rendered professional services on behalf of the Trustee which benefited the Trustee and the creditors during the continued Chapter 7 proceeding. These services were rendered for the time beginning August 17, 2006 through the present, a copy of the time keeping records are attached hereto as **Exhibit B**. The services performed by COHEN & KROL are described in the following paragraphs and are summarized as follows:

| **ACTIVITY** | **HOURS** | **AMOUNT REQUESTED** |
|---|---|---|
| Abandonment | 2.10 | $791.50 |

| | | |
|---|---|---|
| Adversary Compl. | 19.80 | $7,775.00 |
| Appeals | 2.30 | $913.50 |
| Asset Recovery | 4.60 | $1,447.50 |
| Automatic Stay | 3.60 | $1,350.00 |
| Case Admin. | 1.10 | $376.50 |
| Claims | 2.30 | $954.50 |
| Convert/Dismiss | 9.40 | $3,346.50 |
| Exemptions | 0.3 | $112.50 |
| Objection Claim | 2.00 | $742.50 |
| Prof. Employment | 6.90 | $2,633.00 |
| Sale of Assets | 1.30 | $487.50 |
| Settlement | 4.50 | $1,804.50 |
| TOTALS: | 60.20 | $22,735.00 |

9. **ABANDONMENT**: The attorneys for the Trustee corresponded with Debtors' counsel regarding their motion to compel abandonment and attended hearing on same. COHEN & KROL expended 2.10 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $791.50.

10. **ADVERSARY COMP.**: The Attorney for the Trustee had to perform various tasks regarding an adversary complaint objecting to Debtors' discharge, court appearances on same, and review of pleadings and filed documents filed in the adversary proceeding. COHEN & KROL expended 19.80 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $7,775.00.

11. **APPEALS**: The Attorney for the Trustee reviewed the notice of appeal to the Northern District of Illinois, appeared in court on the appeal, and reviewed various pleadings and correspondence related to the appeal. COHEN & KROL, the Attorneys

for the Trustee, expended 2.30 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $913.50.

12. **ASSET RECOVERY**: The Attorney for the Trustee corresponded with attorneys representing the interests of other parties, appeared in probate court regarding the distribution of probate assets, and performed tasks related to various probate matters. COHEN & KROL, the Attorneys for the Trustee, expended 4.60 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $1,447.50.

13. **AUTOMATIC STAY**: The Attorney for the Trustee participated in court hearings on Keith Archie's motions to annul the automatic stay, and motions for relief as to 3708 W. Culloden in Flossmor, Illinois. COHEN & KROL, the Attorneys for the Trustee, expended 3.60 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $1,350.00.

14. **CASE ADMINISTRATION**: The attorneys for the Trustee corresponded with parties regarding the failure to account for administrative expenses and reviewed the amended schedules. COHEN & KROL, the Attorneys for the Trustee, expended 1.10 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $376.50.

15. **CLAIMS**: The attorneys for the Trustee reviewed the claim docket to determine whether objection(s) were necessary, prepared motions to determine value of claims, and appeared in court on those motions. COHEN & KROL, the Attorneys for the Trustee, expended 2.30 hours in performing the above-described services on behalf of

4

the Trustee and is seeking compensation in the amount of $954.50.

16. **CONVERT/DISMISS**: The Attorneys for the Trustee reviewed motions to dismiss or convert filed by United Wire Craft, made multiple court appearances on said motion, reviewed related pleadings and corresponded with counsel. COHEN & KROL, the Attorneys for the Trustee, expended 9.40 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $3,346.50.

17. **EXEMPTIONS**: Counsel for the Trustee made a court appearance on objections to Debtor's claim of exemptions filed by United Wire Craft. COHEN & KROL, the Attorneys for the Trustee, expended .30 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $112.50.

18. **OBJECTION CLAIM**: The attorneys for the Trustee reviewed objection to claims filed by the Debtors and made multiple court appearances on said objections. COHEN & KROL, the Attorneys for the Trustee, expended 2.00 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $742.50.

19. **PROF. EMPLOYMENT**: Counsel for the Trustee appeared in Court regarding its application for an administrative expense, held conferences with prospective special counsel to represent the Trustee in probate court, and drafted the necessary documents to secure said employment. COHEN & KROL, the Attorneys for the Trustee, expended 6.90 hours in performing the above-described services on behalf of the

Trustee and is seeking compensation in the amount of $2,633.00.

20. **SALE OF ASSETS**: Counsel for the Trustee drafted a motion seeking authority to sell causes of action and appeared in court on said motion. COHEN & KROL, the Attorneys for the Trustee, expended 1.30 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $487.50.

21. **SETTLEMENT**: Counsel for the Trustee corresponded with attorneys to arrange settlement of various matters, drafted motion to approve settlement, appeared on court and reviewed objections to said motion. COHEN & KROL, the Attorneys for the Trustee, expended 4.50 hours in performing the above-described services on behalf of the Trustee and is seeking compensation in the amount of $1,804.50.

### III. EXPENSES COVERED BY THIS APPLICATION

22. COHEN & KROL, attorneys for the Trustee, has incurred expenses while providing services on behalf of the Trustee which benefited the Trustee and the creditors during the Chapter 7 proceeding. These expenses were incurred during the period beginning August 17, 2006 through the present. The expenses incurred by COHEN & KROL are described in the following paragraphs and are summarized as follows:

23. **PHOTOCOPIES**: Counsel for the Trustee incurred photocopying expenses, and the rate of $.10 per page, as follows:

| Date | Description | Amount |
|---|---|---|
| 8/18/2006 | First Fee Request of Attorney | $4.00 |
| 3/28/2007 | Motion to Approve Settlement | $6.40 |
| 6/17/2007 | File copy of email correspondence | $0.20 |

6

| Date | Description | Amount |
|---|---|---|
| 8/27/2007 | Motion to Employ Special Counsel | $4.00 |
| 1/28/2008 | Application for Comp. of Special Counsel | $8.60 |
| 5/7/2008 | Trial documents | $292.20 |
| 5/8/2008 | Trustee's motion for Sanctions | $2.90 |
| 10/6/2009 | Motion to approve settlement | $8.80 |

24. **POSTAGE**: Counsel for the Trustee incurred the following postage expenses:

| Date | Description | Amount |
|---|---|---|
| 8/18/2006 | First Fee Request of Attorney | $12.87 |
| 3/28/2007 | Motion to Approve Settlement | $17.16 |
| 8/27/2007 | Motion to Employ Special Counsel | $1.74 |
| 1/28/2008 | Application for Comp. of Special Counsel | $25.42 |
| 5/8/2008 | Trustee's motion for Sanctions | $38.88 |
| 10/6/2009 | Motion to approve settlement | $29.48 |

25. Total reimbursement of expenses in the amount of $452.65 is requested.

## IV. SUMMARY

26. That the hourly rates of the attorneys of COHEN & KROL are as follows:

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| GINA B. KROL - 2006 | 5.90 | $350.00 | $2,064.00 |
| GINA B. KROL - 2007 | 21.10 | $375.00 | $7,912.50 |
| GINA B. KROL - 2008 | 9.40 | $395.00 | $3,713.00 |
| GINA B. KROL - 2009 | 4.40 | $405.00 | $1,782.00 |
| GINA B. KROL - 2012 | 3.70 | $405.00 | $1,498.50 |
| JOSEPH E. COHEN – 2007 | 1.60 | $395.00 | $632.00 |
| JOSEPH E. COHEN – 2007 | 10.70 | $400.00 | $4,160.00 |
| LINDA M. KUJACA – 2006 | 1.40 | $290.00 | $406.00 |
| LINDA M. KUJACA – 2006 | 3.70 | $300.00 | $1,110.00 |

27. The fair market value of the services rendered by COHEN & KROL as attorneys for the Trustee in these proceedings, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by COHEN & KROL for services of this type, is $22,735.00. Expense reimbursement is $452.65.

7

28. Total compensation requested is $23,187.65.

WHEREFORE, E. PHILIP GROBEN of COHEN & KROL, attorneys for the Trustee herein, prays that they be awarded final compensation in the amount of $23,187.65 and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN<br>GINA B. KROL<br>E. PHILIP GROBEN<br>COHEN & KROL<br>105 West Madison St., Suite 1100<br>Chicago, IL 60602<br>312/368-0300 | BY: /s/ E. Philip Groben<br>Attorney for Trustee |

8