**UNITED STATES BANKRUPTCY COURT**

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARCHIE, KEITH A SR. | § | Case No. 05-61058 |
| ARCHIE, SHERYL A | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/21/2012 in Courtroom 742,
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/11/2012         By: KENNETH S. GARDNER
                                    Clerk of US Bankruptcy Court

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (5/1/2011) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ARCHIE, KEITH A SR. | § | Case No. 05-61058 |
| ARCHIE, SHERYL A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 56,151.00 |
| and approved disbursements of | $ | 15,986.98 |
| leaving a balance on hand of[1] | $ | 40,164.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000033 | Vistana Development, Inc. | $ 7,015.37 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 40,164.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 6,057.55 | $ 0.00 | $ 6,057.55 |
| Attorney for Trustee Fees: Cohen & Krol | $ 22,735.00 | $ 0.00 | $ 22,735.00 |
| Other: International Sureties Ltd. | $ 71.00 | $ 71.00 | $ 0.00 |
| Other: Kerry R. Peck | $ 15,432.25 | $ 15,432.25 | $ 0.00 |
| Other: Cohen & Krol | $ 452.65 | $ 0.00 | $ 452.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

|  | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 29,245.20 |
| Remaining Balance | $ 10,918.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Fees: Cohen & Krol | $ 3,088.70 | $ 2,203.88 | $ 902.69 |
| Attorney for Expenses: Cohen & Krol | $ 25.25 | $ 0.00 | $ 7.38 |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses | $ 910.07 |
| Remaining Balance | $ 10,008.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 143,763.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000030A | Department of the Treasury | $ 143,763.19 | $ 0.00 | $ 10,008.75 |

|  |  |
|---|---:|
| Total to be paid to priority creditors | $ 10,008.75 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 257,421.25 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Roundup Funding, LLC | $ 1,263.87 | $ 0.00 | $ 0.00 |
| 000002 | Capital Recovery One | $ 5,079.51 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Recovery Management Systems Corporation | $ 98.40 | $ 0.00 | $ 0.00 |
| 000004 | Capital Recovery One | $ 4,888.69 | $ 0.00 | $ 0.00 |
| 000005 | Capital Recovery One | $ 98.40 | $ 0.00 | $ 0.00 |
| 000006 | Marshall Field | $ 1,174.66 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA, N.A. | $ 56,493.57 | $ 0.00 | $ 0.00 |
| 000008 | Chase Bank USA, N.A. | $ 33,660.50 | $ 0.00 | $ 0.00 |
| 000009 | Marshall Field | $ 1,174.66 | $ 0.00 | $ 0.00 |
| 000010 | Charming Shoppes - Catherines | $ 1,097.40 | $ 0.00 | $ 0.00 |
| 000011 | Gap/ Old Navy | $ 128.00 | $ 0.00 | $ 0.00 |
| 000012 | Walmart | $ 4,902.00 | $ 0.00 | $ 0.00 |
| 000013 | JCPenny Credit Services | $ 4,738.00 | $ 0.00 | $ 0.00 |
| 000014 | American Express Travel Related Svcs Co | $ 3,653.83 | $ 0.00 | $ 0.00 |
| 000015 | American Express Travel Related Services Co Inc | $ 11,054.25 | $ 0.00 | $ 0.00 |
| 000016 | American Express Centurion Bank | $ 2,069.49 | $ 0.00 | $ 0.00 |
| 000017 | American Express Travel Related Services Co Inc | $ 209.93 | $ 0.00 | $ 0.00 |
| 000018 | Citibank (USA) NA | $ 4,535.64 | $ 0.00 | $ 0.00 |
| 000020 | Citibank(South Dakota), N.A. | $ 12,521.17 | $ 0.00 | $ 0.00 |
| 000021 | Citibank(South Dakota), N.A. | $ 1,284.62 | $ 0.00 | $ 0.00 |
| 000022 | Nordstrom fsb | $ 440.36 | $ 0.00 | $ 0.00 |
| 000023 | American Express Centurion Bank | $ 2,156.07 | $ 0.00 | $ 0.00 |
| 000024 | American Express Travel Related Services Co Inc | $ 11,594.54 | $ 0.00 | $ 0.00 |
| 000025 | American Express Travel Related Svcs Co | $ 3,763.08 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | American Express Travel Related Services Co Inc | $ 266.87 | $ 0.00 | $ 0.00 |
| 000027 | FEDERATED RETAIL HOLDINGS, INC. | $ 1,221.38 | $ 0.00 | $ 0.00 |
| 000028 | Citibank/CHOICE | $ 8,582.77 | $ 0.00 | $ 0.00 |
| 000029 | Citibank/CHOICE | $ 22,480.07 | $ 0.00 | $ 0.00 |
| 000030B | Department of the Treasury | $ 40,749.36 | $ 0.00 | $ 0.00 |
| 000031 | GMAC | $ 11,191.50 | $ 0.00 | $ 0.00 |
| 000032 | Capital Container | $ 822.14 | $ 0.00 | $ 0.00 |
| 000034 | FIA Card Services | $ 4,026.52 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $            0.00

Remaining Balance      $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                        Trustee

```
GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000
```

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                           Case No. 05-61058-CAD
Keith A Archie                                                   Chapter 7
Sheryl A Archie
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0752-1           User: rgreen                Page 1 of 3                   Date Rcvd: Jul 25, 2012
                               Form ID: pdf006             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
db/jdb        +Keith A Archie, Sr,   Sheryl A Archie,   3708 Culloden Street,    Flossmmoor, IL 60422-4343
aty           +Kerry Peck,   Kerry Peck & Assocs,   105 W Adams 34th Fl,    Chicago, IL 60603-4109
10369557      +AMERICAN EXPRESS,   777 AMERICAN,   FT LAUDERDALE FL 33337-0001
10629731       American Express,   POB 650448,   Dallas, TX 75265-0448
10369555       American Express Centurion Bank,   c/o Becket and Lee,   POB 3001,    Malvern, PA 19355-0701
10680000       American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
10679999       American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11282712      +Angilery & Associates,   6900 Main Street,   Downers Grove, IL 60516-3454
10369549      +CARDMEMBER SERVICE,   PO BOX 15153,   WILMINGTON DE 19886-5153
10369548       CITI CARDS,   PO BOX 688917,   DES MOINES IA  50368
10369546      +CITICORP DINERS CLUB,   PO BOX 44180,   JACKSONVILLE FL 32231-4180
11282713      +Capital Container,   346 N Justine,   Suite 406,   Chicago, IL 60607-1014
10754629      +Citibank (USA) NA,   POB 182149,   Columbus, OH 43218-2149
10772733       Citibank(South Dakota), N.A.,   c/o Citibank/Choice,   Exception Payment Processing,    POB 6305,
                The Lakes, NV 88901-6305
10886534      +FEDERATED RETAIL HOLDINGS, INC.,   C/O TSYS DEBT MANAGEMENT,    PO BOX 137,
                COLUMBUS, GA 31902-0137
12081488      +FIA Card Services,   MBNA America Bank,   1000 Samoset Dr,   Newark, DE 19713-6000
11282724      +GBS Labels,   POB 2340,   Canton, OH 44720-0340
11282715      +Illinois Fire Extinguishers,   702 S Rohlwing Road,   Addison,   IL 60101-4288
11282716      +Itt Hartford Insurance,   POB 2907,   Hartford, CT 06104-2907
11282723       K town Investments Inc,   Ogvale Industrial Properties,   4041 W Ogvale,    Chicago,  IL 60623
10369550      +MARSHALL FIELDS,   PO BOX 94578,   CLEVELAND OH 44101-4578
11282717       Manufacturere de Exhibedores,   Castulo Garcia No 51,   Col La Conchita,    Mexico, DF  13360
10653268      +Marshall Field,   111 Boulder Industrial Dr,   Bridgeton, Mo 63044-1241
11282718      +Moffat Wire Products,   324 S Lalonde,   Addison, IL 60101-3309
11282719      +Print Haus,   POB 1125,   Morton Grove, IL 60053-7125
11282720      +Printing Solutions,   4524 Hudson Drive,   Stow, OH 44224-1702
11282722      +Reliable Container,   210 S Addison Road,   Addison, IL 60101-3880
10369551      +SEARS,   PO BOX 182149,   COLUMBUS OH 43218-2149
10629776      +United DisplayCraft Inc,   333 East Touhy Avenue,   Des Plaines, IL 60018-2605
10611327      +United Wire Craft, Inc,   d/b/a United Displaycraft,   c/o Bruce C Scalambrino,
                33 North Lasalle Street Suite 1210,   Chicago, Illinois 60602-3416
10769211      +United Wire Craft, Inc.,   c/o Scalambrino & Arnoff, LLP,   33 North LaSalle Street,    Suite 1210,
                Chicago, Illinois 60602-3416
11282657      +Vistana Development Inc,   POB 22197,   Orlando, FL 32830-2197
11567161      +Vistana Development, Inc.,   C/O SVO Portfolio Services,   9002 San Marco Court,
                Orlando, FL 32819-8600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12407649      +E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57     Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10662142      +E-mail/Text: bncmail@w-legal.com Jul 26 2012 03:29:49     Chase Bank USA, N.A.,
                c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
11282714      +E-mail/Text: legalcollections@comed.com Jul 26 2012 03:10:05     Commonwealth Edison,
                Bill Payment Center,   Chicago,  IL 60668-0001
10629737       E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2012 03:11:50     GMAC,   POB 217060,
                Auburn Hills, MI 48321
11529427      +E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2012 03:11:50     GMAC,   PO Box 130424,
                Roseville, MN 55113-0004
10676519      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:58     Gap/ Old Navy,   c/o GE Money Bank,
                POB 103104,   Roswell, GA 30076-9104
11031863       E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:18     Department of the Treasury,
                Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 21126,
                Philadelphia, PA 19114
10369547      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:57     JC PENNY,   PO BOX 96001,
                ORLANDO FL 32896-0001
10676628      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:57     JCPenny Credit Services,
                c/o GE Money Bank,   POB 103104,   Roswell, GA 30076-9104
10369553      +E-mail/Text: bnc@nordstrom.com Jul 26 2012 03:07:35     NORDSTROM,   PO BOX 13589,
                SCOTTSDALE AZ 85267-3589
10832087      +E-mail/Text: bnc@nordstrom.com Jul 26 2012 03:07:35     Nordstrom fsb,   PO Box 6566,
                Englewood, CO 80155-6566
11282721      +E-mail/Text: bklaw@centurylink.com Jul 26 2012 03:10:17     Qwest Business Service,   POB 856169,
                Louisville, KY 40285-6169
12390327       E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
10652169      +E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57
                Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
```

```
District/off: 0752-1              User: rgreen                 Page 2 of 3                 Date Rcvd: Jul 25, 2012
                                  Form ID: pdf006              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10652163     +E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57
              Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10652161     +E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 07:03:57
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
14484079      E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2012 03:05:40      Roundup Funding, LLC,
              MS 550,    PO Box 91121,    SEATTLE, WA 98111-9221
10369554     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:58      WALMART,    PO BOX 960023,
              ORLANDO FL 32896-0023
10676626     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 07:03:57      Walmart,    c/o GE Money Bank,
              POB 103104,    Roswell, GA 30076-9104
10643945     +E-mail/Text: bncmail@w-legal.com Jul 26 2012 03:29:49      World Financial Network National Bank,
              The Avenue,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
              Seattle, WA 98121-2339
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Cameron Deguerre
aty          Ray J Koenig
aty          Timothy J Ritchie
10369559*   +CARDMEMBER SERVICE,    PO BOX 15153,    WILMINGTON DE 19886-5153
10369558*    CITI CARDS,    PO BOX 688917,    DES MOINES IA 50368
10369556    ##+AVENUE,   PO BOX 29185,    SHAWNEE MISSION, KS 66201-9185
10369552    ##+CATHERINES,    PO BOX 856044,    LOUISVILLE KY 40285-6044
10676490    ##Charming Shoppes - Catherines,     c/o First Express,    POB 856044,    Louisville, KY 40285-6044
10961738    ##Citibank/CHOICE,     Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10369545    ##+OPTION ONE,   PO BOX 92103,    LOS ANGELES CA 90009-2103
                                                                                   TOTALS: 3, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**                **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2012 at the address(es) listed below:

        Abraham Brustein   on behalf of Debtor Keith Archie abrustein@dimonteandlizak.com, phogan@dimontelaw.com
        Bruce C Scalambrino   on behalf of Creditor United Wire Craft, Inc., d/b/a United Displaycraft bcs@sacounsel.com
        Christopher L Muniz   on behalf of Creditor United Wire Craft, Inc., d/b/a United Displaycraft clm@sacounsel.com
        Gina B Krol   on behalf of Plaintiff Gina Krol gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol   gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        James M Philbrick   on behalf of Creditor GMAC jmphilbrick@att.net
        Joseph E Cohen   on behalf of Trustee Gina Krol jcohen@cohenandkrol.com, jcohenattorney@aol.com;jhazdra@cohenandkrol.com
        Joseph E Cohen   jcohenattorney@aol.com, jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com
        Julia Jensen Smolka   on behalf of Debtor Keith Archie jjensen@dimonteandlizak.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Rachael A Stokas   on behalf of Creditor Option One Mortgage ND-Two@il.cslegal.com
        Wayne L. Johnson   on behalf of Debtor Keith Archie homewood@jandjlimited.com

                                                                                                                                                                  TOTAL: 12