# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
ARCHIE, KEITH A SR. §    Case No. 05-61058
ARCHIE, SHERYL A §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on             , and it was converted to chapter 7 on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Option One Mortgage |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033 | VISTANA DEVELOPMENT, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| KERRY R. PECK | | | | | |
| PECK, BLOOM, AUSTRIACO, & MITCHELL, | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030A | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears | | | | | |
| 000016 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000023 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000015 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000017 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000024 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000026 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| 000025 | AMERICAN EXPRESS TRAVEL RELATED SVC | | | | | |
| 000032 | CAPITAL CONTAINER | | | | | |
| 000002 | CAPITAL RECOVERY ONE | | | | | |
| 000004 | CAPITAL RECOVERY ONE | | | | | |
| 000005 | CAPITAL RECOVERY ONE | | | | | |
| 000010 | CHARMING SHOPPES - CATHERINES | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000018 | CITIBANK (USA) NA | | | | | |
| 000020 | CITIBANK(SOUTH DAKOTA), N.A. | | | | | |
| 000021 | CITIBANK(SOUTH DAKOTA), N.A. | | | | | |
| 000028 | CITIBANK/CHOICE | | | | | |
| 000029 | CITIBANK/CHOICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030B | DEPARTMENT OF THE TREASURY | | | | | |
| 000027 | FEDERATED RETAIL HOLDINGS, INC. | | | | | |
| 000034 | FIA CARD SERVICES | | | | | |
| 000011 | GAP/ OLD NAVY | | | | | |
| 000031 | GMAC | | | | | |
| 000013 | JCPENNY CREDIT SERVICES | | | | | |
| 000006 | MARSHALL FIELD | | | | | |
| 000009 | MARSHALL FIELD | | | | | |
| 000022 | NORDSTROM FSB | | | | | |
| 000003 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000019 | UNITED WIRE CRAFT, INC. | | | | | |
| 000012 | WALMART | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-61058 | SQU | Judge: JOHN H. SQUIRES | | |
| Case Name: | ARCHIE, KEITH A SR. | | | | |
| | ARCHIE, SHERYL A | | | | |
| For Period Ending: | 12/20/12 | | | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 12/21/06 (c) |
| 341(a) Meeting Date: | 01/31/06 |
| Claims Bar Date: | 10/02/07 |

Exhibit 8

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 5. FUR COAT | 500.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance | 3,217.62 | 0.03 | | 0.00 | FA |
| 7. Life Insurance | 2,800.00 | 0.00 | | 0.00 | FA |
| 8. 401(K) | 435,695.00 | 0.00 | | 0.00 | FA |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
| 10. Sole Proprietorship | 0.00 | 0.00 | | 0.00 | FA |
| 11. CAuse of action for unpaid commissions | 80,000.00 | Unknown | | 11,000.00 | FA |
| 12. Cause of Action for Race Discrimination | 20,000.00 | Unknown | | 11,000.00 | FA |
| 13. Cause of Action for Unpaid COBRA Benefits | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. TOOLS OF TRADE | 0.00 | 0.00 | | 0.00 | FA |
| 15. Car | 2,500.00 | 100.00 | | 0.00 | FA |
| 16. INTEREST IN R/E (u) | 0.00 | Unknown | | 34,000.00 | FA |
|     Trustee has discovered that Keith Archie has an interest in his deceased<br>    ex-wife's real estate. Trustee is pursuing that claim on probate court. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 151.55 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $569,462.62 | $100.03 | | $56,151.55 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Checks have cleared. Trustee to prepare TDR

FORM 1

Case 05-61058   Doc 260   Filed 01/17/13   Entered 01/17/13 13:22:18   Desc Main
Document      Page 11 of 21

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No.: | 05-61058 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | ARCHIE, KEITH A SR. | | | | Date Filed (f) or Converted (c): | 12/21/06 (c) |
| | ARCHIE, SHERYL A | | | | 341(a) Meeting Date: | 01/31/06 |
| | | | | | Claims Bar Date: | 10/02/07 |

Initial Projected Date of Final Report (TFR): 12/31/08        Current Projected Date of Final Report (TFR): 07/31/12

/s/      GINA B. KROL

_____ Date: _____

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-61058  -SQU | | | Trustee Name: | GINA B. KROL | |
| Case Name: | ARCHIE, KEITH A SR. | | | Bank Name: | ASSOCIATED BANK | |
| | ARCHIE, SHERYL A | | | Account Number / CD #: | *******0139  Checking Account | |
| Taxpayer ID No: | *******5794 | | | | | |
| For Period Ending: | 12/20/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO TRANSACTIONS | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals                     0.00                     0.00

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-61058 -SQU | | | Trustee Name: | GINA B. KROL | |
| Case Name: | ARCHIE, KEITH A SR. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | ARCHIE, SHERYL A | | | Account Number / CD #: | *******4354  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5794 | | | | | |
| For Period Ending: | 12/20/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/23/07 | 11, 12 | United Displaycraft | Litigation Settlement | 1149-000 | 22,000.00 | | 22,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.07 | | 22,004.07 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.08 | | 22,022.15 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.71 | | 22,040.86 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.72 | | 22,059.58 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 14.05 | | 22,073.63 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 14.07 | | 22,087.70 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.80 | | 22,099.50 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 10.57 | | 22,110.07 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 8.76 | | 22,118.83 |
| 02/11/08 | 000301 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 20.80 | 22,098.03 |
| 02/21/08 | 000302 | PECK, BLOOM, AUSTRIACO, & MITCHELL, LLC<br>105 W. Adams Street<br>Thirty-First Floor<br>Chicago, IL  60603 | Special Counsel Fees per Ct. Order | 3210-600 | | 15,432.25 | 6,665.78 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 4.62 | | 6,670.40 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.58 | | 6,671.98 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.37 | | 6,673.35 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,674.19 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.83 | | 6,675.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 6,675.87 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,676.71 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.83 | | 6,677.54 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 6,678.19 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.54 | | 6,678.73 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 6,679.07 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,679.12 |

| | | | Page Subtotals | | 22,132.17 | 15,453.05 | |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-61058 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | ARCHIE, KEITH A SR. | Bank Name: | BANK OF AMERICA, N.A. |
| | ARCHIE, SHERYL A | Account Number / CD #: | *******4354  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5794 | | |
| For Period Ending: | 12/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/09 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 5.20 | 6,673.92 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,673.97 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,674.03 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,674.18 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,674.35 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,674.52 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,674.69 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,674.86 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,675.02 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,675.18 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,675.35 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,675.52 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,675.69 |
| 02/09/10 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 4.95 | 6,670.74 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/23/10 | 16 | First American Title Insurance Company | Settlement | 1210-000 | 20,000.00 | | 26,670.74 |
| | | 9000 E. Pima Center Parkway | | | | | |
| | | Scottsdale, AZ 85258 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 26,670.94 |
| 03/08/10 | 16 | Peck, Bloom Client Trust Account | | 1210-000 | 14,000.00 | | 40,670.94 |
| | | 105 W. Adams St. | | | | | |
| | | 31st Floor | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 40,671.86 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,672.86 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,673.90 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,674.90 |
| | | | Page Subtotals | | 34,005.93 | 10.15 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.00p

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61058 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ARCHIE, KEITH A SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ARCHIE, SHERYL A | | Account Number / CD #: | *******4354  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5794 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,675.93 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,676.97 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,677.97 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,679.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,680.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,681.05 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,682.09 |
| 02/07/11 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 34.51 | 40,647.58 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 40,647.89 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,648.24 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,648.57 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,648.92 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,649.25 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,649.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,649.94 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,650.27 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.35 | | 40,650.62 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.79 | 40,598.83 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,599.16 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.05 | 40,549.11 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,549.45 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.99 | 40,499.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,499.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 53.11 | 40,446.69 |
| 02/06/12 | 000306 | International Sureties | BOND | 2300-000 | | 36.49 | 40,410.20 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |

| | | | | Page Subtotals | 11.24 | 275.94 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 17.00b

LFORM24

FORM 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61058 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | ARCHIE, KEITH A SR. | Bank Name: | BANK OF AMERICA, N.A. |
| | ARCHIE, SHERYL A | Account Number / CD #: | *******4354  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5794 | | |
| For Period Ending: | 12/20/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 40,410.52 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.05 | 40,362.47 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,362.81 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.63 | 40,313.18 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,313.51 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.22 | 40,262.29 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,262.63 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.15 | 40,211.48 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,211.81 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.79 | 40,164.02 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,164.36 |
| 08/20/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 40,164.57 |
| 08/20/12 | | Transfer to Acct #*******4690 | Final Posting Transfer | 9999-000 | | 40,164.57 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 56,151.55 | 56,151.55 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 40,164.57 | |
| Subtotal | 56,151.55 | 15,986.98 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 56,151.55 | 15,986.98 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page Subtotals          2.21          40,412.41

Ver: 17.00b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-61058  -SQU |
|---|---|
| Case Name: | ARCHIE, KEITH A SR. |
| | ARCHIE, SHERYL A |
| Taxpayer ID No: | *******5794 |
| For Period Ending: | 12/20/12 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4687  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO TRANSACTIONS | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | | | 0.00 | 0.00 | |
| Subtotal | | | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | | | 0.00 | |
| Net | | | 0.00 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-61058 -SQU |
| Case Name: | ARCHIE, KEITH A SR. |
| | ARCHIE, SHERYL A |
| Taxpayer ID No: | *******5794 |
| For Period Ending: | 12/20/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4690  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/20/12 | | Transfer from Acct #*******4354 | Transfer In From MMA Account | 9999-000 | 40,164.57 | | 40,164.57 |
| * | 08/21/12 | 003001 | Cohen & Krol 105 W. Madison  St. Suite 1100 Chicago, IL 60602 | Attorney fees per court order | 3110-003 | | 14,859.66 | 25,304.91 |
| * | 08/21/12 | 003001 | Cohen & Krol 105 W. Madison  St. Suite 1100 Chicago, IL 60602 | Attorney fees per court order incorrect distribution amount | 3110-003 | | -14,859.66 | 40,164.57 |
| * | 08/21/12 | 003002 | Cohen & Krol 105 W. Madison  St. Suite 1100 Chicago, IL 60602 | Attorney expenses per court order | 3120-003 | | 452.65 | 39,711.92 |
| * | 08/21/12 | 003002 | Cohen & Krol 105 W. Madison  St. Suite 1100 Chicago, IL 60602 | Attorney expenses per court order Incorrect distribution amount | 3120-003 | | -452.65 | 40,164.57 |
| * | 08/21/12 | 003003 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Attorney fees per court order | 3110-003 | | 7,875.34 | 32,289.23 |
| * | 08/21/12 | 003003 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Attorney fees per court order Incorrect distribution amount | 3110-003 | | -7,875.34 | 40,164.57 |
| * | 08/21/12 | 003004 | Cohen & Krol 105 W. Madison  St. Suite 1100 Chicago, IL 60602 | Attorney fees per court order | 6110-003 | | 606.71 | 39,557.86 |
| * | 08/21/12 | 003004 | Cohen & Krol 105 W. Madison  St. Suite 1100 | Attorney fees per court order Incorrect distribution amount | 6110-003 | | -606.71 | 40,164.57 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 40,164.57 | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

| Case No: | 05-61058 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ARCHIE, KEITH A SR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | ARCHIE, SHERYL A | | Account Number / CD #: | *******4690  BofA - Checking Account |
| Taxpayer ID No: | *******5794 | | | |
| For Period Ending: | 12/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 08/21/12 | 003005 | Chicago, IL 60602<br>GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney fees per court order | 6110-003 | | 303.36 | 39,861.21 |
| * | 08/21/12 | 003005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney fees per court order<br>Incorrect distribution amount | 6110-003 | | -303.36 | 40,164.57 |
| * | 08/21/12 | 003006 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000030A, Payment 11.17591% | 5800-003 | | 16,066.85 | 24,097.72 |
| * | 08/21/12 | 003006 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000030A, Payment 11.17591%<br>Incorrect distribution amount | 5800-003 | | -16,066.85 | 40,164.57 |
| | 08/21/12 | 003007 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 6,057.58 | 34,106.99 |
| | 08/21/12 | 003008 | Cohen & Krol<br>105 W. Madison  St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney fees per court order | 3110-000 | | 14,859.66 | 19,247.33 |
| | 08/21/12 | 003009 | Cohen & Krol<br>105 W. Madison  St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney expenses per court order | 3120-000 | | 452.65 | 18,794.68 |
| | 08/21/12 | 003010 | GINA B. KROL | Attorney fees per court order | 3110-000 | | 7,875.34 | 10,919.34 |

| | | | | Page Subtotals | 0.00 | 29,245.23 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61058 -SQU | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ARCHIE, KEITH A SR. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | ARCHIE, SHERYL A | | | Account Number / CD #: | *******4690  BofA - Checking Account |
| Taxpayer ID No: | *******5794 | | | | |
| For Period Ending: | 12/20/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/21/12 | 003011 | 105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney fees per court order | 6110-000 | | 606.71 | 10,312.63 |
| 08/21/12 | 003012 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney fees per court order | 6110-000 | | 303.36 | 10,009.27 |
| 08/21/12 | 003013 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000030A, Payment 6.96233% | 5800-000 | | 10,009.27 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 40,164.57 | 40,164.57 | | 0.00 |
| | Less:  Bank Transfers/CD's | | 40,164.57 | 0.00 | | |
| | Subtotal | | 0.00 | 40,164.57 | | |
| | Less:  Payments to Debtors | | | 0.00 | | |
| | Net | | 0.00 | 40,164.57 | | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******0139 | 0.00 | 0.00 | 0.00 |
| | Money Market Account (Interest Earn - *******4354 | 56,151.55 | 15,986.98 | 0.00 |
| | BofA - Checking Account - ********4687 | 0.00 | 0.00 | 0.00 |
| | BofA - Checking Account - ********4690 | 0.00 | 40,164.57 | 0.00 |
| | | 56,151.55 | 56,151.55 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TDR (5/1/2011) (Page: 20)

| | Page Subtotals | 0.00 | 10,919.34 | |
|---|---|---|---|---|

Ver: 17.00b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Exhibit 9

| | |
|---|---|
| Case No: | 05-61058 -SQU |
| Case Name: | ARCHIE, KEITH A SR. |
| | ARCHIE, SHERYL A |
| Taxpayer ID No: | *******5794 |
| For Period Ending: | 12/20/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4690  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******0139
Money Market Account (Interest Earn - *******4354
BofA - Checking Account - *******4687
BofA - Checking Account - *******4690

/s/  GINA B. KROL

Trustee's Signature: _____  Date: 12/20/12
GINA B. KROL

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Ver: 17.00b

LFORM24